1  David V. Roth, Esq. (State Bar No. 194648)
       dvr@manningllp.com
2  Frank M. La Fleur, Esq. (State Bar No. 213438)
       fml@manningllp.com
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  One California Street, Suite 900
   San Francisco, California 94111
5  Telephone: (415) 217-6990
   Facsimile:  (415) 217-6999
6
7  Attorneys for Defendant,
   KOHL'S DEPARTMENT STORES, INC.
8
9  Hank G. Greenblatt, Esq.
   DREYER BABICH BUCCOLA
10 WOOD CAMPORA, LLP
   20 Bicentennial Circle
11 Sacramento, CA 95828
   Tel: 916-379-3500
12 Fax: 916-379-3599
13 Attorney for Plaintiff PHILLIP MURRAY

14

15                **UNITED STATES DISTRICT COURT**

16                **EASTERN DISTRICT OF CALIFORNIA**

17

18 PHILLIP MURRAY,                    Case No.: **2:18-cv-2312 MCE CKD**

19          Plaintiff,               *HON. MORRISON C. ENGLAND, JR.*

20      v.                           **STIPULATION AND ORDER TO**
                                     **MODIFY SCHEDULING ORDER**
21 KOHL'S DEPARTMENT STORES,
   INC., a Delaware Corporation, and
22 DOES 1 through 25, inclusive,

23          Defendants.

24

25          Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order

26 that the scheduling order entered on August 24, 2018 (ECF No. 4) be modified by

27 extending the discovery and dispositive motion deadlines by approximately 6

28 months, to February 10, 2020 and August 10, 2020, respectively.

4847-6355-1134.1

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    "The district court is given broad discretion in supervising the pretrial phase

2    of litigation." *Johnson v. Mammoth Recreations, Inc.,* 975 F. 2d 604, 607 (9th Cir.

3    1992)(citation and internal quotation marks omitted).  Rule 16(b) provides that "[a]

4    schedule may be modified only for good cause and with the judge's consent."  Fed.

5    R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met

6    despite the diligence of the party seeking the extension.'"  *Zivkovic v. Southern*

7    *California Edison Co.*, 302 F. 3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975

8    F. 2d at 607).

9         Good cause exists for this extension.  The parties are communicating well and

10   there is a high degree of cooperation.  After a face-to-face meet and confer

11   conference, the parties agreed that the requested extension was appropriate in light

12   of plaintiff's on-going, related workers compensation matter coupled with plaintiff's

13   on-going treatment and the indeterminate status of plaintiff's need for future surgery.

14   The extension will allow the parties to continue to collaborate on resolving these

15   undetermined factors, take the plaintiff's deposition, and position this case for

16   alternative dispute resolution, either private mediation, the Voluntary Dispute

17   Resolution Program, or settlement conference.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

For these reasons, the parties ask the Court to extend the discovery deadline to February 10, 2020, and the dispositive motion deadline to August 10, 2020.

**IT IS SO STIPULATED.**

DATED: August 6, 2019

**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: _____ */s/ Hank Greenblatt* _____
Hank Greenblatt
Attorneys for Plaintiff,
PHILLIP MURRAY

DATED: August 6, 2019

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____ */s/ David V. Roth* _____
David V. Roth
Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

## <u>ORDER</u>

The discovery deadline is extended to February 10, 2020, and the dispositive motion deadline is extended to August 10, 2020.

IT IS SO ORDERED.

Dated: August 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE