UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHILLIP MURRAY, | No. 2:18-cv-02312-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED; and;

///
///
///
///

3. The Clerk of the Court is directed to randomly reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated: August 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE