HANK G. GREENBLATT, ESQ. / SBN: 143415
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Email:  hgreenblatt@dbbwc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MURRAY, | Case No.: 2:18-CV-02312-JAM CKD |
| Plaintiff, | **ORDER REGARDING CONTINUATION OF SETTLEMENT DISPOSITION** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC, | |
| Defendants. | |

Please take notice that Defense counsel has represented Plaintiff's counsel should receive funds by the end of the week and would request the Court continue the Settlement Disposition to next Monday, November 23, 2020.

DATED:  11/16/2020      **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: */s/ Hank G. Greenblatt*
     HANK G. GREENBLATT, ESQ.
     ATTORNEYS FOR PLAINTIFF
     PHILLIP MURRAY

DATED:  11/16/2020      **MANNING & KASS, ELLROD RAMIREZ & TRESTER LLP**

By: */s/ David V. Roth*
     DAVID V. ROTH, ESQ.
     ATTORNEYS FOR DEFENDANTS
     KOHL'S DEPARTMENT STORES, INC.

/ / /

---
-1-
**ORDER REGARDING CONTINUATION OF SETTLEMENT DISPOSITION**

**IT IS SO ORDERED**

DATED:  November 17, 2020

By:    /s/ John A. Mendez               
       THE HONORABLE JOHN A. MENDEZ
       UNITED STATES DISTRICT COURT JUDGE